1 | Brent H. Blakely (SBN 157292)
  | bblakely@blakelylawgroup.com
2 | Cindy Chan (SBN 247495)
  | cchan@blakelylawgroup.com
3 | BLAKELY LAW GROUP
  | 1334 Parkview Avenue, Suite 280
4 | Manhattan Beach, California 90266
  | Telephone: (310) 546-7400
5 | Facsimile: (310) 546-7401

6 | *Attorneys for Plaintiff*
7 | *JibJab Media, Inc.*

8 |                    UNITED STATES DISTRICT COURT
9 |                    CENTRAL DISTRICT OF CALIFORNIA
10 |

| | |
|---|---|
| JIBJAB MEDIA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California Corporation; et al.,<br><br>Defendants. | CASE NO. CV 12-9591 CAS (MANx)<br><br>**STIPULATION TO VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

1   IT IS HEREBY STIPULATED by and amongst the parties, through their
2   respective attorneys of record, that this entire action will be dismissed with prejudice
3   pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and
4   costs associated with this action.

5

6   DATED:   January 27, 2014        BLAKELY LAW GROUP

7

8                                    By:   /s/ Cindy Chan_____
                                           Brent H. Blakely_____
9                                          Cindy Chan
                                           *Attorneys for Plaintiff*
10                                         *JibJab Media, Inc.*

11  DATED:   January 27, 2014        LEWIS BRISBOIS BISGAARD & SMITH

12

13                                   By:   /s/ Eliza Langdon_____
                                           Anthony Sonnett
14                                         Eliza Langdon
                                           *Attorneys for Defendant*
15                                         *Hyundai Motor America*

16  DATED:   January 27, 2014        LEOPOLD, PETRICH & SMITH

17

18                                   By:   /s/ Jamie Lynn Frieden_____
                                           Joel M. Smith
19                                         Jamie Lynn Frieden
                                           *Attorneys for Defendant*
20                                         *Hub Strategy and Communication, Inc.*

21

22

23

24

25

26

27

28